UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                     **PLAINTIFF**

**v.**                      **CASE NO: 3:15CV112 BSM**

**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**            **DEFENDANT**

### ORDER

Defendant Mississippi County's unopposed motion to set aside clerk's default [Do. No. 9] is granted.

IT IS SO ORDERED this 18th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE