UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                   **PLAINTIFF**

**v.**                              **CASE NO: 3:15CV112 BSM**

**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**                    **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 16], this case dismissed with prejudice. Except as set forth in the parties' settlement agreement, each party must bear the party's own attorney's fees. *See* Doc. No. 16. Jurisdiction is retained for the purpose of enforcing the parties' settlement agreement if necessary.

IT IS SO ORDERED this 15th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE