UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                       **PLAINTIFF**

**v.**                                     **CASE NO: 3:15CV112 BSM**

**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 15th day of march 2016.

_____
UNITED STATES DISTRICT JUDGE